**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> VJGJ, INC., *et al.*,[1] <br><br>              Debtors. | Chapter 11 <br><br> Case No. 21-11332 (BLS) <br><br> (Jointly Administered) <br><br> **Re: Docket Nos. 606, 607, 655, 656 & 664** |

**NOTICE OF FILING OF PLAN SUPPLEMENT FOR THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF VJGJ, INC. AND ITS DEBTOR AFFILIATES**

    **PLEASE TAKE NOTICE** that, on April 8, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed the (i) *Joint Chapter 11 Plan of Teligent, Inc. and Its Debtor Affiliates* [Docket No. 606] and the (ii) *Disclosure Statement for the Joint Chapter 11 Plan of Teligent, Inc. and Its Debtor Affiliates* [Docket No. 607] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

    **PLEASE TAKE FURTHER NOTICE** that, on April 27, 2022, the Debtors filed the (i) *First Amended Joint Chapter 11 Plan of Teligent, Inc. and Its Debtor Affiliates* [Docket No. 655] (as may be amended, modified, or supplemented from time to time, the "Plan") and the (ii) *Disclosure Statement for the Joint Chapter 11 Plan of Teligent, Inc. and Its Debtor Affiliates* [Docket No. 656] (as may be amended, modified, or supplemented from time to time, the "Disclosure Statement"). On April 29, 2022, the Bankruptcy Court entered an order approving, among other things, the adequacy of the Disclosure Statement [Docket No. 664].

    **PLEASE TAKE FURTHER NOTICE** that the Debtors hereby submit this plan supplement (the "Plan Supplement"), consisting of the following documents, each as may be amended, modified, or supplemented from time to time by the Debtors in accordance with the Plan as set forth below:

| Exhibit | Plan Supplement Document |
|---|---|
| A | Plan Administrator Agreement |
| B-1 | Amended Hikma Sale Order |
| B-2 | Blackline of Revisions to Hikma Sale Order |
| C | Disclosure Identifying Plan Administrator |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: VJGJ, Inc. (5758); WRCC, Inc. (7443); OSL, Inc. (1639); and TNova, LLC (8395). The Debtors' mailing address is: c/o Portage Point Partners LLC, 300 North LaSalle Drive, #1420, Chicago, Illinois 60654.

**PLEASE TAKE FURTHER NOTICE** that certain documents, or portions thereof, contained in this Plan Supplement remain subject to continuing negotiations among the Debtors and other interested parties. Subject to the terms and conditions of the Plan, the Debtors reserve all rights to amend, revise, or supplement this Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing (the "Confirmation Hearing") to consider, among other things, confirmation of the Plan, shall be held, either in-person or by Zoom, on May 25, 2022 at 11:00 a.m. (ET) before the Honorable Brendan Linehan Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801. The Confirmation Hearing may be adjourned from time to time by the Court or the Debtors without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Court and served on other parties entitled to notice.

| | |
|---|---|
| Dated: May 13, 2022<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Shane M. Reil*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Shane M. Reil (No. 6195)<br>S. Alexander Faris (No. 6278)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>        mlunn@ycst.com<br>        sreil@ycst.com<br>        afaris@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |