# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VJGJ, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11332 (BLS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 606 and 655** |

## NOTICE OF FILING OF BLACKLINE OF SECOND AMENDED PLAN

**PLEASE TAKE NOTICE THAT**, on April 8, 2022, the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Joint Chapter 11 Plan of Teligent, Inc. and Its Debtor Affiliates* [Docket No. 606] (as may be subsequently amended, modified, or supplemented, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that, on April 27, 2022 the Debtors filed the *First Amended Plan and Related Disclosure Statement* [Docket No. 655] (the "First Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that, following further discussions with the Office of the United States Trustee and other parties in interest, the Debtors have made further revisions to the First Amended Plan (the "Second Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, a blackline comparing the Second Amended Plan to the First Amended Plan is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to further alter, amend, modify, or supplement the Second Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that, the hearing to consider confirmation of the Plan previously scheduled for May 25, 2022 at 11:00 a.m. (ET) before the Honorable Brendan Linehan Shannon, United States Bankruptcy Court Judge, has been adjourned to **June 2, 2022 at 10:00 a.m. (ET)** (the "Confirmation Hearing"). The Debtors intend to seek approval of the Second Amended Plan at the Confirmation Hearing, which may be continued by the Debtors from time to time without further notice to holders of Claims or Interests or other parties in interest other than the announcement of the adjourned date(s) at the Confirmation Hearing or any continued hearing or on the applicable hearing agenda or a notice filed with the Bankruptcy Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: VJGJ, Inc. (5758); WRCC, Inc. (7443); OSL, Inc. (1639) and TNova, LLC (8395). The Debtors' mailing address is: c/o Portage Point Partners LLC, 300 North LaSalle Drive, #1420, Chicago, Illinois 60654.

29383178.1

| | |
|---|---|
| Dated: May 24, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Shane M. Reil (No. 6195)<br>S. Alexander Faris (No. 6681)<br>Rodney Square<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Emails: mnestor@ycst.com<br>         mlunn@ycst.com<br>         sreil@ycst.com<br>         afaris@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |