**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>VJGJ, INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 21-11332 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 606, 607, 655, 656, 664 & 689** |

**NOTICE OF FILING OF SUPPLEMENT TO PLAN SUPPLEMENT**
**FOR THE FIRST AMENDED JOINT CHAPTER 11 PLAN**
**OF VJGJ, INC. AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE** that, on April 8, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed the (i) *Joint Chapter 11 Plan of Teligent, Inc. and Its Debtor Affiliates* [Docket No. 606] and the (ii) *Disclosure Statement for the Joint Chapter 11 Plan of Teligent, Inc. and Its Debtor Affiliates* [Docket No. 607] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, on April 27, 2022, the Debtors filed the (i) *First Amended Joint Chapter 11 Plan of VJGJ, Inc. and Its Debtor Affiliates* [Docket No. 655] (as may be amended, modified, or supplemented from time to time, the "Plan") and the (ii) *Disclosure Statement for the Joint Chapter 11 Plan of VJGJ, Inc. and Its Debtor Affiliates* [Docket No. 656] (as may be amended, modified, or supplemented from time to time, the "Disclosure Statement"). On April 29, 2022, the Bankruptcy Court entered an order approving, among other things, the adequacy of the Disclosure Statement [Docket No. 664].

**PLEASE TAKE FURTHER NOTICE** that, on May 13, 2022, the Debtors filed the *Notice of Filing of Plan Supplement for the First Amended Joint Chapter 11 Plan of VJGJ, Inc. and Its Debtor Affiliates* [Docket No. 689] (the "Plan Supplement").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have added Exhibit D to the Plan Supplement.[2] As such, the Debtors hereby submit this supplement to the Plan Supplement (the "Supplemented Plan Supplement"), consisting of the following document, as may be amended, modified, or supplemented from time to time by the Debtors in accordance with the Plan as set forth below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: VJGJ, Inc. (5758); WRCC, Inc. (7443); OSL, Inc. (1639); and TNova, LLC (8395). The Debtors' mailing address is: c/o Portage Point Partners LLC, 300 North LaSalle Drive, #1420, Chicago, Illinois 60654.

[2] For the avoidance of doubt, no changes have been made to Exhibits A through C that were included with the original Plan Supplement.

29370746.2

| Exhibit | Plan Supplement Document |
|---|---|
| D | Supplemental Budget |

      **PLEASE TAKE FURTHER NOTICE** that certain documents, or portions thereof, contained in the Plan Supplement or the Supplemented Plan Supplement remain subject to continuing negotiations among the Debtors and other interested parties. Subject to the terms and conditions of the Plan, the Debtors reserve all rights to further amend, revise, or supplement the Plan Supplement or the Supplemented Plan Supplement, and any of the documents and designations contained therein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court.

Dated: June 1, 2022  
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Matthew B. Lunn*
Michael R. Nestor (No. 3526)
Matthew B. Lunn (No. 4119)
Shane M. Reil (No. 6195)
S. Alexander Faris (No. 6278)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
      mlunn@ycst.com
      sreil@ycst.com
      afaris@ycst.com

*Counsel to the Debtors and Debtors in Possession*

## EXHIBIT D

**Supplemental Budget**

*Teligent, Inc.* [1]
*Accrued Budget - Chapter 11*
*May 27, 2022*

| Week Ending | Accrued & Unpaid [2] | 5/29/2022 | 6/5/2022 | 6/12/2022 | 6/19/2022 | 6/26/2022 | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Operating Disbursements** | | | | | | | |
| **US Methodology Disbursements** | | | | | | | |
| Employee Wages | $   - | $   - | $   - | $   - | $   - | $   - | $   - |
| Employee Bonus | - | - | - | - | - | - | - |
| Employee Benefits | 2,310 | - | - | - | - | - | 2,310 |
| Leases & Utilities | 61,933 | - | - | - | - | - | 61,933 |
| Corporate Insurance | - | - | - | - | - | - | - |
| Regulatory Fees & Taxes | 1,703 | - | - | - | - | - | 1,703 |
| Recall Management | - | - | - | - | - | - | - |
| IT | 4,447 | - | - | - | - | - | 4,447 |
| Contractors / Temporary Labor | - | - | - | - | - | - | - |
| **Total** | **$ 70,393** | **$   -** | **$   -** | **$   -** | **$   -** | **$   -** | **$ 70,393** |
| **US Non-Methodology Disbursements** | | | | | | | |
| Facilities Maintenance & Calibrations | $ 25,615 | $   - | $   - | $   - | $   - | $   - | $ 25,615 |
| Inventory Purchase Orders | - | - | - | - | - | - | - |
| European CMO | - | - | - | - | - | - | - |
| Outside Testing | - | - | - | - | - | - | - |
| Shipping & Fulfillment | 174,478 | - | - | - | - | - | 174,478 |
| Research & Development | - | - | - | - | - | - | - |
| Sales & Marketing | - | - | - | - | - | - | - |
| Customer Rebates/Fees | 15,922 | - | - | - | - | - | 15,922 |
| Ordinary Course Professionals | - | - | - | - | - | - | - |
| Other G&A | 31,707 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 41,707 |
| Remediation | - | - | - | - | - | - | - |
| **Total** | **$ 247,722** | **$ 2,000** | **$ 2,000** | **$ 2,000** | **$ 2,000** | **$ 2,000** | **$ 257,722** |
| **Operating Cash Flow** | | | | | | | |
| US | $ (318,114) | $ (2,000) | $ (2,000) | $ (2,000) | $ (2,000) | $ (2,000) | $ (328,114) |
| Canada | - | - | - | - | - | - | - |
| **Total Operating Cash Flow** | **$ (318,114)** | **$ (2,000)** | **$ (2,000)** | **$ (2,000)** | **$ (2,000)** | **$ (2,000)** | **$ (328,114)** |
| **Non-Operating Receipts** | | | | | | | |
| TSA Reimbursement | $ 40,500 | $   - | $   - | $   - | $   - | $   - | $ 40,500 |
| Other Collections | 125,306 | - | - | - | - | - | 125,306 |
| **Total Non-Operating Receipts** | **$ 165,806** | **$   -** | **$   -** | **$   -** | **$   -** | **$   -** | **$ 165,806** |
| **Non-Operating Disbursements** | | | | | | | |
| Public Company Board | $ 35,000 | $   - | $   - | $   - | $   - | $   - | $ 35,000 |
| Other | - | - | - | - | - | - | - |
| **Total Non-Operating Disbursements** | **$ 35,000** | **$   -** | **$   -** | **$   -** | **$   -** | **$   -** | **$ 35,000** |
| **Restructuring Costs** | | | | | | | |
| **Company Counsel** | | | | | | | |
| Young Conaway | $ 259,396 | $   - | $   - | $   - | $   - | $   - | $ 259,396 |
| K&L Gates | 93,397 | - | - | - | - | - | 93,397 |
| Blakes (Canada Counsel) | 15,000 | - | - | - | - | - | 15,000 |
| Tax Counsel | - | - | - | - | - | - | - |
| Sidley Austin | - | - | - | - | - | - | - |
| Ogletree Deakins | 5,000 | - | - | - | - | - | 5,000 |
| **Total** | **$ 372,793** | **$   -** | **$   -** | **$   -** | **$   -** | **$   -** | **$ 372,793** |
| **Company Advisor** | | | | | | | |
| Portage Point | $ 179,238 | $   - | $   - | $   - | $   - | $   - | $ 179,238 |
| Willis Tower Watson | - | - | - | - | - | - | - |
| FTI Consulting (SC) Inc | - | - | - | - | - | - | - |
| Epiq | 139,441 | - | - | - | - | - | 139,441 |
| Tax Financial Advisor | 131,900 | - | - | - | - | - | 131,900 |
| **Total** | **$ 450,579** | **$   -** | **$   -** | **$   -** | **$   -** | **$   -** | **$ 450,579** |
| **Company Investment Bank & Broker** | | | | | | | |
| Raymond James | $   - | - | - | $   - | $   - | $   - | $   - |
| Plant Broker | - | - | - | - | - | - | - |
| **Total** | **$   -** | **-** | **-** | **-** | **-** | **-** | **$   -** |
| **Secured Lenders Advisors** | | | | | | | |
| Morgan Lewis Bockius | $ 222,801 | $   - | $   - | $   - | $   - | $   - | $ 222,801 |
| Latham & Watkins | 5,000 | - | - | - | - | - | 5,000 |
| Osler | 30,000 | - | - | - | - | - | 30,000 |
| Morris Nichols | 78,035 | - | - | - | - | - | 78,035 |
| **Total** | **$ 335,837** | **$   -** | **$   -** | **$   -** | **$   -** | **$   -** | **$ 335,837** |
| **UCC Advisors** [3] | **$ 50,000** | **$   -** | **$   -** | **$   -** | **$   -** | **$   -** | **$ 50,000** |
| **Other Restructuring Costs** | | | | | | | |
| US Trustee Fees | $ 250,750 | $   - | $   - | $   - | $   - | $   - | $ 250,750 |
| KEIP / KERP | - | - | - | - | - | - | - |
| Utilities Adequate Assurance | - | - | - | - | - | - | - |
| DIP Fees | - | - | - | - | - | - | - |
| DIP Interest | - | - | - | - | - | - | - |
| Critical Vendor | - | - | - | - | - | - | - |
| Foreign Vendor | - | - | - | - | - | - | - |
| Filing Fees / Estonia Winddown | - | - | 50,000 | - | - | - | 50,000 |
| **Total** | **$ 250,750** | **$   -** | **$ 50,000** | **$   -** | **$   -** | **$   -** | **$ 300,750** |
| **Priority / Unknown Administrative Reserve / 503(b)(9)** | **$   -** | **$   -** | **$   -** | **$   -** | **$   -** | **$   -** | **$ 260,000** |