**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| VJGJ, INC., *et al.,* [1] | Case No. 21-11332 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 745, 746** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF CONNECTICUT)
                ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 1, 2022, I caused to be served the:

   a. "Notice of Filing of Supplement to Plan Supplement for the First Amended Joint Chapter 11 Plan of VJGJ, Inc. and Its Debtor Affiliates," dated June 1, 2022 [Docket No. 745], and

   b. "Notice of Amended Agenda of Matters Scheduled for Remote Hearing on June 2, 2022 at 10:00 A.M. (ET)," dated June 1, 2022 [Docket No. 746],

by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

   ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: VJGJ, Inc. (5758); WRCC, Inc. (7443); OSL, Inc. (1639) and TNova, LLC (8395). The Debtors' mailing address is: c/o Portage Point Partners LLC, 300 North LaSalle Drive, #1420, Chicago, Illinois 60654.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
3rd day of June, 2022
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AMERISOURCE BERGEN CORPORATION | 1 W FIRST AVE, STE 100 CONSHOHOCKEN PA 19428-1800 |
| CVS PHARMACY, INC. | ONE CVS DRIVE WOONSOCKET RI 02895 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| INTERNAL REVENUE SERVICE | 2970 MARKET ST PHILADELPHIA PA 19255 |
| OXFORD GLOBAL RESOURCES, LLC | PO BOX 3256 BOSTON MA 02241-3256 |
| WALGREENS COMPANY | 62869 COLLECTIONS CENTRE DRIVE CHICAGO IL 60693-0628 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | (INDENTURE TRUSTEE) ATTN: GEOFF LEWIS WSFS BANK CENTER 500 DELAWARE AVENUE, 11TH FLOOR WILMINGTON DE 19801 |

**Total Creditor count  8**

VJGJ, INC., *et al.*
Case No. 21-11332 (BLS)
Overnight Mail
Recipients

Thomas G. Macauley
MACAULEY LLC
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801

Leslie B. Spoltore, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
123 Justison Street, Suite 100
Wilmington, Delaware 19801

Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102

FINE, KAPLAN AND BLACK, R.P.C.
Roberta D. Liebenberg
Jeffrey S. Istvan
Paul Costa
Adam J. Pessin
One South Broad Street, 23rd Floor
Philadelphia, Pennsylvania 19107

THE POWELL FIRM, LLC
Jason C. Powell
1201 N. Orange Street, Suite 500
P.O. Box 289
Wilmington, Delaware 19899

BUCHALTER,
a Professional Corporation
Jeffrey K. Garfinkle
18400 Von Karman Ave., Suite 800
Irvine, California 92612-0514

**EXHIBIT B**

**TELIGENT, INC. CASE No. 21-11332 (BLS)**
**Master Service Email List**

| CREDITOR NAME | EMAIL ADDRESS |
|---|---|
| DELAWARE STATE TREASURY | statetreasurer@state.de.us |
| LATHAM & WATKINS LLP (COUNSEL FOR ACF FINCO I LLP) | ted.dillman@lw.com; jason.bosworth@lw.com; asif.attarwala@lw.com |
| MORGAN, LEWIS & BOCKIUS LLP (COUNSEL FOR ARES CAPITAL CORPORATION) | rick.eisenbiegler@morganlewis.com; john.goodchild@morganlewis.com; charlie.liu@morganlewis.com; jennifer.feldsher@morganlewis.com; andrew.gallo@morganlewis.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP (COUNSEL FOR ARES CAPITAL CORPORATION, ACF FINCO I LLP) | rdehney@morrisnichols.com; mharvey@morrisnichols.com |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.press@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | richard.schepacarter@usdoj.gov |
| SECRETARY OF STATE | corp@delaware.gov |
| SECURITIES & EXCHANGE COMMISSION | SECBankruptcy-OGC-ADO@sec.gov |
| SECURITIES & EXCHANGE COMM-NY OFFICE | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov; bankruptcynoticeschr@sec.gov |
| SECURITIES & EXCHANGE COMM-PHILA OFFICE | secbankruptcy@sec.gov; philadelphia@sec.gov |
| AGILITY TECHNOLOGIES GROUP | bmcdonald@agilitymsp.com |
| ANDLER SOUTH CORPORATION | candis.capolingua@andler.com |
| ATLANTIC CITY ELECTRIC | kast-north@pepcoholdings.com |
| BERLIN PACKAGING LLC | krystel.veilleux@berlinpackaging.com |
| BROADRIDGE ICS | fred.wenze@broadridge.com |
| BUENA VISTA TOWNSHIP TAX COLLECTOR | kmerlino@buenavistanj.com |
| CARDINAL HEALTH, INC. | gmb-fssw-pd-supplier@cardinalhealth.com |
| CHEMWERTH USA | jennifer.grandpre@chemwerth.com |
| CINTAS CORPORATION | ludyd@cintas.com |
| CONSUMER PRODUCT TESTING CO. | nramirez@cptclabs.com |
| EVERSANA LIFE SCIENCE SERVICES, LLC | ar@eversana.com; franco.spraggins@eversana.com |
| FDA - OFFICE OF GENERIC DRUGS | druginfo@fda.hhs.gov |
| FLAVINE NORTH AMERICA, INC. | arda.garabed@flavine.com |
| GRASSI & CO. | mderosa@grassicpas.com |
| LYNEER STAFFING SOLUTIONS, LLC | jquartin@lyneer.com |
| MCKESSON CORPORATION | ben.carlsen@mckesson.com |
| MEDIX STAFFING SOLUTION, INC | billing@medixteam.com |
| OPTISOURCE, LLC | jim@optisourcegroup.com |
| PWC ADVISORY SERVICES LLC | dinkar.saran@pwc.com |
| QUALITY BY DESIGN, LLC | drlittle@thomaslittleconsulting.com |
| RHO INC | rhofinance@rho-inc.com |
| SINTETICA S.A. | mtoure@sintetica.com |
| STERINOVA INC | info@sterinova.com |
| THE HACKETT GROUP, INC. | tbeers@answerthink.com |
| THE TRAINING CENTER GROUP, LLC | dan@thetrainingcenter.com |
| YORK INTERNATIONAL AGENCY, LLC | info@yorkintl.com |
| BUCHALTER, A PROFESSIONAL CORPORATION (COUNSEL FOR MCKEESON CORPORATION) | jgarfinkle@buchalter.com |
| FROST BROWN TODD LLC (COUNSEL FOR CINTAS CORPORATION) | rgold@fbtlaw.com; eseverini@fbtlaw.com; mhiggins@fbtlaw.com |
| CHIESA SHAHINIAN & GIANTOMASI PC (COUNSEL FOR CARDINAL HEALTH) | szuber@csglaw.com; tfreedman@csglaw.com |
| HILLER LAW, LLC | ahiller@adamhillerlaw.com |
| U.S. DEPARTMENT OF JUSTICE (ATTN: J. ZACHARY BALASKO) | john.z.balasko@usdoj.gov |
| THE HEWLITT FUNDS LP. | jay@sdccapital.com |
| AMERISOURCEBERGEN DRUG CORPORATION | melissa.rand@amerisourcebergen.com |
| WALGREEN COMPANY | darin.osmond@walgreens.com |

**TELIGENT, INC. CASE No. 21-11332 (BLS)**
**Master Service Email List**

| CREDITOR NAME | EMAIL ADDRESS |
|---|---|
| JENNER & BLOCK LLP (COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS) | csteege@jenner.com; lraiford@jenner.com; mroot@jenner.com; wwilliams@jenner.com |
| SAUL EWING ARNSTEIN & LEHR LLP (COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS) | mark.minuti@saul.com; luke.murley@saul.com; monique.disabatino@saul.com |
| MCCARTER & ENGLISH, LLP (COUNSEL TO EVERSANA LIFE SCIENCE SERVICES, LLC) | kbuck@mccarter.com; shumiston@mccarter.com; wtaylor@mccarter.com |
| NEW YORK STATE DEPARTMENT OF HEALTH | louis.testa@ag.ny.gov |
| MORRIS JAMES LLP | emonzo@morrisjames.com |
| MAYERSON & HARTHEIMER, PLLC | sandy@mhlaw-ny.com |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | christopher.miller@troutman.com; deborah.kovsky@troutman.com |
| SIDLEY AUSTIN LLP | abadejo@sidley.com |
| LEITERS HOLDINGS, LLC | will.shearer@leiters.com |
| LOWENSTEIN SANDLER LLP | mlerner@lowenstein.com |
| STEVENS & LEE, P.C. | robert.lapowsky@stevenslee.com; david.giattino@stevenslee.com |
| PENNSYLVANIA ATTORNEY GENERAL | crmomjian@attorneygeneral.gov; bkubisiak@attorneygeneral.gov |

COUNT: 80

VJGJ, INC., et al.
Case No. 21-11332 (BLS)
Additional Email List

| Emails |
| --- |
| tm@macdelaw.com |
| leslie.spoltore@obermayer.com |
| Edmond.george@obermayer.com |
| rliebenberg@finekaplan.com |
| jistvan@finekaplan.com |
| pcosta@finekaplan.com |
| apessin@finekaplan.com |
| jpowell@delawarefirm.com |
| jgarfinkle@buchalter.com |

COUNT: 9