# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VJGJ, INC., *et al.*,[1] | Case No. 21-11332 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 720, 745 & 827** |

## NOTICE OF CONFIRMATION AND EFFECTIVE DATE OF THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF VJGJ, INC. AND ITS DEBTOR AFFILIATES

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. **Entry of Confirmation Order.** On July 15, 2022, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Docket No. 827] (the "Confirmation Order") confirming the *Second Amended Joint Chapter 11 Plan of VJGJ, Inc. and Its Debtor Affiliates*, attached as Exhibit A to the Confirmation Order (together with all exhibits thereto, and as may be amended, modified or supplemented, the "Plan")[2] in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

2. **Effective Date of the Plan.** The Effective Date of the Plan was July 26, 2022.

3. **Deadline to File Professional Fee Claims**. As provided for in Section 11.2 of the Plan and in the Confirmation Order, *final requests for payment of Professional Fee Claims pursuant to sections 327, 328, 330, 331, 503(b) or 1103 of the Bankruptcy Code must be made by application Filed with the Bankruptcy Court and served on counsel to the Plan Administrator, counsel to the Post-Effective Date Debtors, counsel to the Second Lien Lenders, and the U.S. Trustee no later than August 25, 2022, unless otherwise ordered by the Bankruptcy Court. Objections to such applications must be Filed and served on counsel to the Plan Administrator, counsel to the Post-Effective Date Debtors, counsel to the Committee, counsel to the Second Lien Lenders, the U.S. Trustee, and the requesting Professional on or before the date that is fourteen (14) days after the date on which the applicable application was served (or such longer period as may be allowed by Order of the Bankruptcy Court or by agreement with the requesting Professional).*

4. **Administrative Claim Bar Date**. As provided for in Section 11.1 of the Plan and in the Confirmation Order, *all requests for payment of an Administrative Claim (other than a Section 503(b)(9)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: VJGJ, Inc. (5758); WRCC, Inc. (7443); OSL, Inc. (1639); and TNova, LLC (8395). The Debtors' mailing address is: c/o Portage Point Partners LLC, 300 North LaSalle Drive, #1420, Chicago, Illinois 60654.

[2] Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan.

*Claim or DIP Claims or other claims arising pursuant to the Final DIP Order) arising on or after the Petition Date must be Filed with the Bankruptcy Court and served on counsel to the Plan Administrator, counsel to the Post-Effective Date Debtors, and the U.S. Trustee no later than <u>August 25, 2022</u>.*

5. **Deadline to File Rejection Claims**. As provided for in Article VI of the Plan and in the Confirmation Order: *(i) on the Effective Date, all executory contracts and unexpired leases of the Debtor that have not been assumed, assumed and assigned, or rejected, prior to the Effective Date or are not subject to a motion to assume or reject Filed before the Effective Date, shall be deemed rejected pursuant to the Confirmation Order, as of the Effective Date, other than the Insurance Contracts; (ii) any Creditor asserting a Rejection Claim shall File a proof of claim with the Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC ("<u>Epiq</u>") on or before <u>August 25, 2022</u> either (a) electronically, through the online Proof of Claim Form available at https://dm.epiq11.com/case/vjgj/info or (b) by First-Class Mail, Hand Delivery or Overnight Mail at the applicable address below, and shall also serve such proof of claim upon the Plan Administrator*; and (iii) any Rejection Claims that are not timely Filed shall be forever disallowed and barred.

|  |  |
|---|---|
| **If by First-Class Mail:**<br>VJGJ, Inc.<br>Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>P.O. Box 4419<br>Beaverton, OR 97076-4419 | **If by Hand Delivery or Overnight Mail:**<br>VJGJ, Inc.<br>Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>10300 SW Allen Blvd.<br>Beaverton, OR 97005 |

6. **Inquiries by Interested Parties**. Copies of the Confirmation Order (to which the Plan is attached as Exhibit A) may be examined free of charge at https://dm.epiq11.com/case/vjgj. The Confirmation Order is also on file with the Bankruptcy Court and may be viewed by accessing the Bankruptcy Court's website at www.deb.uscourts.gov. To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at www.pacer.psc.uscourts.gov.

| | |
|---|---|
| Dated: July 26, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>Michael R. Nestor (No. 3526) (mnestor@ycst.com)<br>Matthew B. Lunn (No. 4119) (mlunn@ycst.com)<br>Shane M. Reil (No. 6195) (sreil@ycst.com)<br>S. Alexander Faris (No. 6278) (afaris@ycst.com)<br>Rodney Square, 1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600 / Facsimile: (302) 571-1253<br><br>*Counsel to the Debtor and Debtor in Possession* |