# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VJGJ, INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 21-11332 (BLS)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>**September 8, 2022 at 4:00 p.m. (ET)**<br><br>**Hearing Date:**<br>TBD |

## NOTICE OF REQUEST AND HEARING

**PLEASE TAKE NOTICE** that on August 25, 2022, the United States of America (the "United States") filed the *Request of the United States for Allowance and Payment of Administrative Expense Pursuant to 11 U.S.C. § 503(b)* (the "Request") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Request must be (a) in writing and served on or before September 8, 2022, by 4:00 p.m. (prevailing Eastern Standard Time) (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for the United States.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE REQUEST WILL BE SCHEDULED ON A DATE TO BE DETERMINED BEFORE THE HONORABLE BRENDAN LINEHAN SHANNON, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Teligent, Inc. (5758); Igen, Inc. (7443); Teligent Pharma, Inc. (1639); and TELIP LLC (8395). The Debtors' corporate headquarters is located at 33 Wood Avenue, 7th Floor, Iselin, New Jersey 08830.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE REQUEST WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 25, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

DAVID C. WEISS
United States Attorney

/s/ J. Zachary Balasko
RUTH A. HARVEY
MARGARET M. NEWELL
J. ZACHARY BALASKO
United States Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-7162
Fax: (202) 514-9163
E-mail: john.z.balasko@usdoj.gov

*Attorneys for the United States*