**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| VJGJ, Inc., *et al.*,[1] | Case No. 21-11332 (BLS) |
|  | Jointly Administered |
| Post-Effective Date Debtors. |  |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 25, 2026 AT 9:00 A.M. (EASTERN TIME)

**HEARING CANCELLED WITH THE COURT'S PERMISSION**

MATTERS UNDER CERTIFICATION OF NO OBJECTION

1. Motion to Further Extend the Period Within Which the Plan Administrator May Object to Claims [D.I. 1136; filed on February 17, 2026]

    Response Deadline:    March 11, 2026 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A. Certification of No Objection [D.I. 1138; filed on March 12, 2026]

    B. Order Further Extending Period Within Which the Plan Administrator May Object to Claims [D.I. 1139; filed on March 19, 2026]

    Status:        Order entered.  Hearing cancelled with the Court's permission.

*(Signature page follows)*

---

[1] The "Post-Effective Date Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: VJGJ, Inc. (5758); WRCC, Inc. (7443); OSL, Inc. (1639) and TNova, LLC (8395). The Debtors' mailing address is: c/o Portage Point Partners LLC, 300 North LaSalle Drive, #1420, Chicago, Illinois 60654.

183591095.1

**FOX ROTHSCHILD LLP**

 /s/  Seth A. Niederman
Seth A. Niederman, Esq.
Delaware Bar No. 4588
1201 N. Market Street, Suite 1200
Wilmington, DE  19801
Tel. (302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

-and-

Michael G. Menkowitz, Esq.
Jesse M. Harris, Esq.
Two Commerce Square
2001 Market Street - Suite 1700
Philadelphia, PA  19103
Tel. (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

Dated: March 24, 2026

*Attorneys for Alfred T. Giuliano, Plan Administrator*
*for the Post-Effective Date Debtors*

2

183591095.1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Agenda was served on March 24, 2026 via the

Court's CM/ECF electronic filing system on all parties registered to receive such notice.

/s/ Seth A. Niederman
Seth A. Niederman (DE No. 4588)

3

183591095.1